IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DANNY DARRELL HARRIS,**

    **Plaintiff,**

v.                            Case No. 1:17cv281-MW/CAS

**NANCY A. BERRYHILL,**
**Deputy Commissioner for Operations,**
**Social Security Administration,**

    **Defendant.**
_____/

## **ORDER ACCEPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 14, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 15. In so doing, this Court has carefully considered the serious concerns raised in Plaintiff's objections, but still finds that the Administrative Law Judge identified and explained the substantial evidence supporting the denial of benefits. "The Commissioner's factual findings are conclusive if supported by substantial evidence." *Wilson v. Barnhart*, 284 F.3d 1219, 1221 (11th Cir. 2002) (citations omitted). The Court may not decide the facts anew, reweigh the evidence, or substitute its judgment for that of the Commissioner. *Bloodsworth v. Heckler*, 703 F.2d 1233, 1239 (11th Cir. 1983). Accordingly

    **IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's

objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff's application for Social Security benefits is **AFFIRMED** and judgment entered for the Defendant." The Clerk shall close the file.

**SO ORDERED on September 7, 2018.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**